SB S3²

**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

1 | PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2 | Name THOMAS,     JAMES     EDWARD
     (Last)          (First)          (Initial)

3 | Prisoner Number F-21197/A"x 6ᵗʰB1d/P.S.U, c.N. 120/PO.B N.290066

4 | Institutional Address 🅿🅔 C.S.P. At SACRAMENTO/ FOLSOM

5 | REPRESA, CALIFORNIA, 95670-0066

**SBA**

6 | ================================================
     UNITED STATES DISTRICT COURT
7 | NORTHERN DISTRICT OF CALIFORNIA

**3565**

8 | THOMAS, JAMES EDWARD
     (Enter the full name of plaintiff in this action.) Pro. Per -

**CV 08**

ORIG. PET. TO US DID CT.
CONTAINS (49) p. l.

9 |                          Awaiting (1. Appt.
                          - OF Competent
                      vs.    Counselor

Case No. CW CV-04 08-1778-SBA
(To be provided by the clerk of court)

10 |

11 | WALKER, WARDEN AT/FOR

PETITION FOR A WRIT
OF HABEAS CORPUS

12 | C.S.P. AT SACRAMENTO/FOLSOM

13 | THE COUNTY OF SANTA CLARA

14 | THE CAL. STATE ATTY. GEN.
     (Enter the full name of respondent(s) or jailor in this action)

15 |

16 | ================================================
     Read Comments Carefully Before Filling In

17 | When and Where to File     CSP bog-lib¹⁰⁷⁻¹⁴⁻⁰⁸ Flt4w R¹d. Any copies

18 |        You should file in the Northern District if you were convicted and sentenced in one of these

19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 | good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23 |        If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 | District Court for the district in which the state court that convicted and sentenced you is located.  If

26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 | your petition will likely be transferred to the district court for the district that includes the institution

28 | where you are confined.  Habeas L.R. 2254-3(b). P. 2

1    Complete all applicable questions in the proper blank spaces. If you need additional space to
2    answer a question, you may attach additional blank pages. Make clear the question to which any such
     continued answer refers.

3    Only one sentence or conviction may be challenged in a single petition. If you challenge more
4    than one, you must do so by separate petitions.

V.    After Petition Is Filed
5
6    You will be notified as soon as the court issues an order. It is your responsibility to keep the
     court informed of any changes of address to ensure that you receive court orders. Failure to do so may
7    result in dismissal of your suit.

VI.    Inquiries And Copying Requests
8
9    Because of the large volume of cases filed by inmates in this court and limited court resources,
     the court will not answer inquiries concerning the status of your case or provide copies of documents,
10   except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents
     submitted to the court for your own records.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(P. 3)

3. Did you have any of the following?

Arraignment:                     Yes _X___    No _____

Preliminary Hearing:             Yes _X___    No _____

Motion to Suppress:              Yes _X___    No _____

4. How did you plead?

Guilty _____    Not Guilty _X___    Nolo Contendere _____

Any other plea (specify) _NONE - N/A._____

5. If you went to trial, what kind of trial did you have?

Jury _X___    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?          Yes _____    No _X___

7. Did you have an attorney at the following proceedings:

~ ONLY A COUNTY DEP. PUB. DEF. ~

(a)    Arraignment                Yes _____    No _X___
                                              _Same_
(b)    Preliminary hearing        Yes _✓___    No __✓__
                                       ~Same~
(c)    Time of plea               Yes _✓___    No _✓__
                                       ~Same~
(d)    Trial                      Yes _✓___    No _✓__
                                       ~Same.
(e)    Sentencing                 Yes _____    No _✓__
                                  out-of County Selected Counselor ?
(f)    Appeal                     Yes _✓___ Same No _✓__
                                       ~Same ~
(g)    Other post-conviction proceeding   Yes _✓___    No _✓__
                                       ~Tried.

8. Did you appeal your conviction?        Yes _X___    No _____

(a)    If you did, to what court(s) did you appeal?

Court of Appeal  _Some 6th Dist.?!?_  Yes _✓__    No _✓__
                                              ~ Partial vs. Softer G
Year: _03-30-06\_    Result: _After almost (3) yrs delay, claimed only_  ~ False Cy
                                       _Tried_
Supreme Court of California        .Yes _X___    No _____
Tried to Certify Appeal  (There-in for C. Atty Gen's Too Excessive
                                              U.N. wanted Doc
Year: _10-18-07_ .    Result:_Denied ~ _/_____
                                       ~ Contemp pleating ~
Any other court  _U.S. Fed Dist. Ct._  Yes _X__    No _____
                 _Nrn Dist. of Cali. Pending_
Year: _04-02-08_    Result:_Still Pending, Awaiting Verified Trst Stmnt._

(b)    If you appealed, were the grounds the same as those that you are raising in this

petition? *Not Exactly / Also -* Yes ✓    No ✗
*yet tho ~ but, used only to show*
*deliberate Conflict* 08-smcr Yes    No ✗ *sys of Co. Paid Dep wis Dep!*
*~ No yet, Pending -*

(c)    Was there an opinion?    Yes ____    No ✗

(d)    Did you seek permission to file a late appeal under Rule 31(a)?
*No - But, I sent one in Just In Case w ~ No words from D.A.O.*
Yes ✓    No ✓

If you did, give the name of the court and the result:

*Calif. State Supreme Court / 350 McAllister St, San Franc, Cal.*

*Superior Ct. Dept. 36 / 190 W. Hedding St / San Jose, Cal. 95110*

9.    Other than appeals, have you previously filed any petitions, applications or motions with respect to
*- Tryed Futilly - Ta Vecin -*
this conviction in any court, state or federal?    Yes ✗    No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition. You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following

questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: *N/A.*

Type of Proceeding: *N/A.*

Grounds raised (Be brief but specific):

a. *N/A.*

b. ____

c. ____

d. ____

Result: *N/A.*    Date of Result: *N/A.*

II.    Name of Court: *N/A.*

Type of Proceeding: *N/A.*

Grounds raised (Be brief but specific):

*(P. 4)*

a. N/A.
b.
c.
d.
Result: N/A.                              Date of Result: N/A -

III.  Name of Court: N/A
Type of Proceeding: N/A

Grounds raised (Be brief but specific):

a. N/A -
b.
c.
d.
Result: _____    Date of Result: _____

IV.  Name of Court: N/A.
Type of Proceeding: N/A.

Grounds raised (Be brief but specific):

a. N/A.
b.
c.
d.
Result: N/A.                               Date of Result: N/A/

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?
       Hopefully This Court.
                                    Yes ✗          No_____

       Name and location of court: Fed. U.S. Dist Ct., Northern Dist. of Calif - SJ, Cal.

B. GROUNDS FOR RELIEF

       State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

P. (5)

1  need more space.  Answer the same questions for each claim.

2  [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: _Deliberate Conflict-of-Interests of County Dep. Pub. Def. And the_
_would-be/would-have-been County Solicited out-of-Co. Counselor/Someone_

Supporting Facts: _The Co. Dep. Pub. Def., after begging Deft. To represent (him) w. the_
_absolutely no promise (he) there from neither Deft (Not-in-position) Party_
_Promise They (he) could win said Case - but, after, half-way gaining_
_Deft.'s confidence, (they) stalled-around (kept delaying until the judge demanded that_
_(he) convince Deft. To waive Time, Too un-necessarily --- See the attached Exhibits No._

Claim Two: _The D.P.D. flatly asserted/stated, in closing Arguments That Deft. was_
_but, only for the purpose-of-peeking --- Any admission by Custody Sure Convict_

Supporting Facts: _There have been many Show of disregard For Deft. Rights To -_
_A Fair Trial by A Partial Jury - w. the Addition of the Fact(s) That (he)_
_flatly refused To bring-up(in the most Crucial /Pertinent Facts Surrounding_
_the very Mis-I-O-N Prior dismissal of Charges For Same-N. The Peculiarities of the_

Claim Three: _None others were Touched-upon by either Trials D.P.D. or_
_And the Co. Solicited Counselor - Both, of-which, Showed great disInterest._

Supporting Facts: _See the Attached Exhibits At Ready, for better details._

20

21

22

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25

26

27

28

1         List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4   Douglas vs. Calif., 1966)- U.S. Supreme Ct, Rpts. ?, Page - ?/Peo.v. Mar-

5   sden.(1970), 2 C.3rd, P. 118 ; Peo. v. Molina, (1977) P. 2d, P. 544 ; Cuyler v. Sullivan, (1980),

6   446 U.S., P. 335 ; Peo.v. Mozzaro, (2003),155 L. Ed 2nd P. 714/ Peo. v. Johnson, (1950), 222 P. R.

7   P. 335 ; Peo.v. Dove, (1961), 16 C.R., P. 777 ; C.F. - Peo. v. Parmeter, (1934), 138 C.A., P. 854.

Do you have an attorney for this petition?              Yes_____    No _X_

8   If you do, give the name and address of your attorney:   So.Cl2. Co.)

   - Mark Popov-Campari - D.P.D. - Any-At-Law-   - David R. Martini, ESQ. Att-At-Law -

9   The Dep. Pub. Def. of 220 W. Mission St, San Jose/Appls. Court of 622 Legunzria Lane, Rla. Cal.

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct. To The Best of

12  my knowledge-n-beliefs-n-25 to those belief on my info, only I also believe to be true!

13  Executed on ___84-14-08___

14           Date (07-14-08)         - JAMES EDWARD THOMAS -

15           Attmetd Kicpi             Signature of Petitioner

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25   (P. 7)

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD )
               Plaintiff, )    CASE NO. 04:08-CV-1778-SBA-
                          )

vs. )    PRISONER'S
                          )    APPLICATION TO PROCEED
WALKER, J., WARDEN OF C.S.P. SACFOR.)    IN FORMA PAUPERIS
                          )
             Defendant. )
_____ )

      I, James Edward Thomas, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                   Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

(P. 8)

1  and wages per month which you received.  (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  I only worked for apex. Two (2) weeks in Jan/Feb. of 2001 at/for Media

4  One Advertising Agency - At 81 N. 2nd Street, San Jose, Calif. 95112 - - -

5  Don't remember correct Amts.-of-Payments- but, roughly -w- severance apox [600.00]

6  2.      Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8          a.      Business, Profession or          Yes ___  No ✗

9                  self employment

10         b.      Income from stocks, bonds,       Yes ___  No ✗

11                 or royalties?

12         c.      Rent payments?                    Yes ___  No ✗

13         d.      Pensions, annuities, or           Yes ___  No ✗

14                 life insurance payments?

15         e.      Federal or State welfare payments,   Yes ___  No ✗      "

16                 Social Security or other govern-

17                 ment source?                      - N/A/no -

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  N/A.

21

22  3.      Are you married?                          Yes ___  No ✗

23  Spouse's Full Name: N/A.

24  Spouse's Place of Employment: N/A.

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $ N/A.           Net $ N/A.

27  4.      a.      List amount you contribute to your spouse's support : $ None

28          b.      List the persons other than your spouse who are dependent upon you for support

(P. 9)

and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

N/A.

N/A.

5.    Do you own or are you buying a home?          Yes ____  No ✗

Estimated Market Value: $ _N/A._ / / Amount of Mortgage: $ _N/A._ / / _

6.    Do you own an automobile?          Yes ____  No ✗

Make _N/A. / /_ Year _N/A. / /_ Model _N/A. /_

Is it financed? Yes _N/A_ No _____ If so, Total due: $ _N/A_

Monthly Payment: $ _N/A. / /_
ONly Had A VERY SmAll AMouNT Used For SSI CHECK CeshiNg ANd UNK? ?

7.    Do you have a bank account? Yes ✓ No ✓ (Do not include account numbers.) UNK.

Name(s) and address(es) of bank: BANK-OF-AMERICA 125 So. mARKet St ?/Near

the Co museum oF Art / The FAirmoNT Hotel / CeseR ChAvez's PlAzA / Well FArgo BANK., S.J. Cal

Present balance(s): $ UNKNowN Much-To-Small to be adequate to Pay For Lt. CoSts/ANy.
The ARReStiNg oFF[weNt] DolibeRAtely Stole/CoNFisCated(Is)oF my 1,800.00 CARRied oN m
Person

Do you own any cash? Yes ✓ No ___ Amount $ 1800.00
DeFiNAte by NoT AvAilAble I have TRied IN[]-He ReFused To
useN/Futile.id Hold oN Bk.SA.

Do you have any other assets? (If "yes," provide a description of each asset and its estimated ANd/oR P.P. ?

market value.) Yes ✗ No ___    (12-11-04)        See AttAcHed EXHibits A
$ 400 /168/PAAx 66.00  [w/on my reLeAse]    — M. DebtA— The A-oF-ResideAce Keeps
I Have FuNds owed/CoNFisCate From /oN My 2yr. IN 2003/BRoKAge iNt. oF PeRsoN.+coNG[]

8.    What are your monthly expenses?

Rent: $ _NoNe/wArd-oF- StAte._     Utilities: _N/A._ /

Food: $ _N/A /_      Clothing: _N/A._

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A. | $ N/A |
|  | $ |  $ |
|  | $ |  $ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

they are payable. Do not include account numbers.) ( P. 10 )

1  *Only A very Small Obligitory Prison Mis-Inadvertly Acquired I.O.U. For the*

2  *lost OF State Lib. Book Temporarily in my Care.*

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in

*Not entirely . No New suit Is Contemplated At this*

4  other lawsuits?  Yes ___ No ___ *Time. only Concern me.*

*with Trying to Right*
*Too Atrocitious Wrongs.*

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  *N(A.*

8

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11     I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims. *yes - But very *diecard No Frauds*

13

14  *04-14-08*        *James Edward Thomas.*

15   DATE             SIGNATURE OF APPLICANT

16  *(07-14-08)*

17

18

19

20

21

22

23

24          *(P I5)*

25

26

27

28

Case Number: _04:08-cv-1778-SBA_
_-US Dist For NTW D-OF C26-_

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _None - No Funds here-in_ _Available_ for the last six months at

_C S P By Sac/Fol., Represe, Celet._          [prisoner name]

_Thomas, James Edward/F-21197_          where (s)he is confined.

          [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most

recent 6-month period were $ _None. ( )_ and the average balance in the prisoner's account

each month for the most recent 6-month period was $ _None. ( )_ .


Dated:_____          ×

                    [Authorized officer of the institution] _Please See orig File Flatly Refused_

_None Allowed._
_Provided_

_(P. 12)_

(O)

ADDITTIONAL  REVELATION (S) TO
THE PROSECUTION'S DELIBERATELY,
WANTONLY RESORTING TO BAD-FAITH
WITH INTENTIONAL MIS-CONDUCT(S)
TO JUSTIFY A VERY TAINTED UN-JUST-
IFIED /PRE-FABRICATED CONVICTION
THRU DIRE TRICKERY/UN-LAWFULL/
ILLEGAL-USE-OF DIS-SIMILAR/-
UN-ALLOWABLE PRIOR RAPE CONV.
VIA/BY WAY OF EXHIBIT(S) NO.
"A"
PER/(CONSISTING-OF-TWO (2) PGS.)

EXHIBITS

1. BLACK'S/DEERING/WITKIN'S DEFINITION'S OF THE

2. (CALIFORNIA PENAL CODE(S), STATE LAW SECTION(S):

3. Expected- AS PER STATED/USED IN/FOR ALL CITIZENS)-[Infer.mine]:

4. Thomas, H.C. USDCT, NRN. Dr, Cal.-CN.- 04:08-cv-01778- -S.B.A.:

5. 459 C.P.C.; Burglary-In-The-First-Degree: "The Un-lawfull Entry

6. Into An Occupied Dwelling, In The Night Time-W- The Specific

7. -Intent To Deprive It's Owners Of (Their) Property Perman-

8. tly. But, In Order To Prove Same, The Said Accused Perpetrator

9. Have To Have Had The Shown Specific Intent That Larceney

10. Was, Definately, (His) Intent-N-Was Caught/Seen-In-The

11. Possession Of Said Intended Item(S) At The Time(S) Of Apprehen-

12. hension - - - - And, Definately, Not Only An Assumptive Guessible

13. Possibility, How-Ever Slight, Due-To-Pass, Assertively Possible" [or humanly., CBE Not-Shown]

14.

15. 220 C.P.C.; Assault-w-Intent-To-Rape: "Before It Is Even A Possibility,

16. In Order To Sustain An Accusational Charge, How-Ever-Ill-Feasable/Ra-

17. tshinable, The Prosecutor Has To Show-W/o-A Doubt, That An In-

18. truder/Accused Had The Specific Intent, Bent-on-Sexual Gratisfication

19. Only(with(From An Un-Willing [Female] Victim, Against (Her) Will-N-Such

20. An Intent Has To Be Manifested By The Intentional/Menacingly Touch-

21. ing-and/or Feeling (Her) Private Part(S) - - - - Definately, Has To Make Physical

22. Contact/or Verbalized-W/o-A Doubt(S) - - - - And, Definately, Not If (He)

23. Get's Apprehended In An Area, Some-where, Near A would-Have-Been, Burg-

24. larized Apt., Where An Intruder, Purpurtedly, Was Observed, In Darkness,

25. Standing Away From The Foot-Of-A-Bed, Franticaly Skywards/up-n-Down

26. Side ways - - - : W/o-Any Contact [Budily or Other-wise/No Verbalization(S)

27. Was Reportidly Wearing A Light Green Top-W-A Black-n-White Base-Ball Cap-n-

28. Deft. Comes Alone, Trying To Avoid The Too/Always menacing/Closely Surveills Ill Pol. Draynet

29. Get(S) Un-Avoidably -n- Most Brutally Arrested-n- Charged For Same (Wearing A Dark

30. Grey-n-Pink Sweater -W/o- Any Head Covering, What-So-Ever/No Finger-Prints From [Rape Low

31. Said Rsndt. matched (His) /No covering-on-Hand)/was only Framed Becaused-n-A False Print-

(CONT. FROM PAGE No. 1, C.P.C. LAW:)

1.

2.

3. 647- H-I-J, C.P.C.- Prowling/Peeping For The Specific Intent To Committ

4. Burglary: "As Cal. Law Now/Always Stand - In Order To Support-n-Sustain An

5. Accusation Of Mis-Construed/Too Purposefully Entrapable Prowling-n- Peep-

6. ing For-The Purpose Of Committing Burglary, It Has To Be Shown/(or

7. Definately, Proven That An Accused was In A Possition/Had-A-Clear View

8. 2t Any Such Peepable Object-n-Has To Be Fully Provable-w- Reliable

9. Eye-Witnesses.___ It's, Too, Highly Un-Likely, That A/Any Deft./Spitefully Acused

10. Of Any Such Peeping or Prowling only By Being Forced-In-An-Area By Too

11. Harassmentally/Too Closely Surveilling/Vindictive Police, For The Specific

12. Intent Of Creating Any Such Criminal Mis-Behaviorial Mis-Conduct In Order

13. To, maybe-Some-How, Support A Re-Filing ON Those Dismissed Felony Charges-OF

14. Pseudo Burglary-n- 220 C.P.C. Assumptions-w/o-Any New Evedence.___ Where Deft.

15. Is Only Seen/Apprehended Walking ON A, Too Well Lighted Drive-way -n- The Said

16. Police Had Set-up ON The Opposite Street Lying For (Him) To Re-Appear.___ Noting

17. That A Very Strange/Weird Party Appeared At The Prelim. Hearing Claiming That (He)

18. Was Parked Out-Front next Door-n-observed Deft. Place Arms/Hands-w- Sweater Sleeve

19. Over Eyes-n- Large Black Bag Peeping Thru AN/A Fully Shaded/un-Peepable Closed

20. Window [Side]-n- Sky-Window over Front Door: Noting That Due To An Indep. Invest.

21. It was Learned That (He) was, At Least, (6) Houses To The No. Un-observable of S. Side

    ~w/o-Any Breekage/Perp-Hole

22. And the Arr.Off. Swore Up&r- Down That (He) Saw Deft.___ No Burgl. Tools/Def. No Rep. Ladder-"

23. C.P.C.'s Lawful/Acceptable/Proper I.D. : In Order For The Pros. To Prove That A /ANY

24. Witness's I.D. Is Clear-n- Convincing ___ ". It Has To Be An/A Re-thinkable /Truthfull

25. Fact That Such An Eye-witness Has To Be IN A Possition to Observ A Suspect In Addeg-

26. uately Light-w- obstruction So That The said I.D. Is Convincing ___ Definately/Absolutely, Not

27. IN Darkness [twice]-n- Being Placed-IN- Jail/Also Holding Cell - w- AN Accused For The Purpose-of-

28. Coerced Assuratidity, Prior To-The- Prelim., And/or Selected after An Entrapmental

29. Re-Arrest ON Over Due warrant/(Claim (You) Saw -In-Court, But, Later Reveal That (you)

    Pros- Coerged Testim. As False, Also

30. were no-where-Around!! Plus, The Illegally Prior Rape Victim Frantica lly Tried To Widraw (Her).__

(12)

ADDITIONAL REVELATION(S) TO THE
PROSECUTION'S DELIBERATELY/WAN-
TONLY RESORTING TO ACTS-IN-BAD
FAITH WITH INTENTIONAL MIS-
CONDUCT(S) TO TRY-TO JUSTIFY A-
PRE-FABRICATED/VERY TAINTED CON-
-VICTION THRU DIRE TRICKERY-W-
A VERY DIS-SIMILAR/TOU UN-LAW-
FULLY USED VERY DIS-SIMILAR PRIOR
FABRICATED CONVICTION, PROVEN FALSE;
VIA/BY WAY OF EXHIBIT(S) NO.

"B"

AS PER/CONSISTING-OF-(5) PAGES, IN (ALL)

EXHIBITS

P. 14

(04-14-08)

1.
2.
3. THOMAS, JAMES EDWARD                HONORABLE JUSTICE PECKUM, PRESIDING
4. F-21197/A-Y, 6ᵗʰ Bld/PSU./B-SEC, C.120     C/O: OFFICE-OF-THE CLERK
5. C. S. P. AT SACRAMENTO/FOLSOM        U.S. DIST. COURT, FOR NRN. DIST. OF CALIF.
6. P.O.B. NO.  290066                   FED. COURT-HOUSE BUILDING AT
7. REPRESA, CALIFORNIA 95670-0066       280 S. First St./San Jose, Cal. 95113-

C. NO. 04: 08-cv-01778(R)S.BA.

8.
9.
10.
11. Re: THOMAS vs. WALKER, WARDEN - Supt. Ct. N. CC-583911/ 6ᵗʰ Dist. Cal. APP. Ct. H030573/S-$56953-MB.  - Cal. SUPR-CT-

12.
13. Dear Sir(s)/Madame(s), Please be advised that in receipt/compliance with Your request's via
14. two (2) letter(s) of, (04-08-08), I am writing to let/you/ know that I have taken certain, nec-
15. essary step to try to comply with your earnest requirement(s), with-in (30) days from -
16. (04-03-08), On/regarding my attempted to continue/certify My Appeal to this great
17. Federal Court via your required/standing order of thru the great writ-of-Habeas Corpus-
18. N- that was for me/Deft. to foward you/this Court a verified copy of my Instit. Trust
19. Status record on/before (05-03-08)- or my, very meaningfull writ Would be denied. Also,
20. I received (this/those) communique(s), some-what, w-a false address-N-w/o-the Forms
21. US. stamped envelope that this Court stated would be in-it/enclosed-but, was not! I just
22. hope that the letters are not completely fabricated ---- Just as CDC/Santa Clara Co.
23. is, too famously vindictively noted for !!! Plus, here-in, I include a short synopsis/run-
24. down of the humongus atrocious deliberate mis-conduct perpetrated on Deft. by the
25. D.A. law Enforcement Agency of Santa Clara Co.-N-most co-operate state-of-Calif. The-
26. falsity of my vindictively, capricious-w-vehemous spitefullness to the point-of-an-all out
27. effort(s) to deliberatly frame Deft.-N- covertly prevent (him) from appealing the very,
28. Fraudulent conviction(s)-N-very erroneous charges,-w-the overt intentions of trying
29. to psych-Deft-out or make it appear that (He) is psychologically/mentally un-balanced;
30. as per Dems. very Ill/Brutal treatment, every-which-a-where/way, simply -because,
31. I refuses to plead guilty or ask/nor accept -a-deal to any/their trumped-up Ill-
32. Fictitious/made-up charges, Just to please/make (their) Job-a-wee-bit easier so/they can
33. (they) are blindly, protecting the citizens, at-large. Plus, it can be fully noted that I am
34. severely dis-satisfied-w-the Sa. Cle. Co. hired Appeals Atty. From Alameda, Cal----- IF there
35. was one!!, does not seem like-it to Deft. due to- his, too poor, showing there-on, suppos-
36. idly, on my behalf-but, Just like the trials Pub. Def. (He) definitely had the County's
37. best interests-at-heart, after (He) kept assuring Deft. that (He) could win the said case
38. -w/o-a doubt-N-there would not be any waiver-of-time/He was prepared-to-go-to trial
39. as soon as possible. But, after a deliberate wait (prolonging of the trial while just-
40. Fiddling around trying to pressure-Deft-into a deal of (his) choosing, when the
41. Sup. Ct. Cal (under Judge realized they, too callous mistake of deliberatly over-step-
42. ping-the-U.S. Const Rights-of-Deft., Said Judge very sternly/vehemently demanded
43. that the D.P.D. convince Deft. to waiv time to help the Pros./Flatly refused to-
44. bring the real-N-most pertinent, deliberately coverted facts -of-the earlier dis-

(Pt. 4) (15)          Respectfully Sub}

(1)
(CONT.)    P. (6)

1.
2.
3. missed-of-charges-because, the purported eye-witness claimed that (he) saw, in the dark,
4. an intruder standing away from the foot-of-a/the bed wearing A light Green Top/
5. A Black-n-white Base-Ball Cat/wearing it's hands sky-ward/in appose-to-Deft's
6. wearing of A Dark Grey-m-Pink Sweater - who-any type-of-head covering(s)/
7. Deft's finger-prints did not match any-of-the prints taken from the alleged burg-
8. larized Apt. Nor did Deft. have objects on (covering hands -Plus, the un-disput-
9. ed/un-deniable fact that had been observed earlier prior to (his) arrest by
10. the, always, surveilling Police -n- at least (8) other residents in the immediate area,
11. So similarly/un-similarly noted; Plus, the very friendly female right next door to
12. where Deft. was arrested, sitting-on-an-out doors toilet stool, when (she) had
13. just too early invited Deft. to come visit (her) at (her) home [indicating] anytime
14. I like/choose, always welcome! -n- most important-of-all with (his) failure to
15. argue adequately why the very illegal Prior should not be permitted --- only 2
16. guessable/spiteful assumptive tampered-Rape vs. a, would-be, forced violent falsely
17. Prior conviction-[later the purported/would-have-been, victim, went to great lengths/
18. pains-of-possible embarrassment to let the court know that (she) testified erroneou-
19. ly/falsely at each hearing/trials-n-that the D.O.A. (o-erged (his) into it, to win
20. an easily conviction-because, (she) had not been Raped/could-not/did not ID. No one
21. -n-that (she) apologizes for (her) error ---- So, brought-out in the Cal. App. Ct's Indep.
22. Envestigation] /Didn't even question the false ID. due to (under the too great, ex cru-
23. ciating painfully forced Brutal treatment of the Deft. during said arrest by 2 Police
24. Off. who had dealings-w-Deft. a few days earlier on N. 4th St., of which, (he) had
25. to lack the Caucasian willing participant in (his) instigated altercation/Plus, the un-
26. disputed fact that uno too mean/spiteful former sexual unit Employee made
27. it clear that (he) vehemently hated Deft. Passionately, where-as (He) has falsely-n-
28. maliciously testified at two separate trial against Deft. - out-wardly stated that (he)
29. wanted/would get/keep Deft. off the streets permently/as long-as-possible/any ways
30. possible-because, I am a 290 P.C. Registrant /(he) too easily arrested Deft. for burglary
31. on, (02-09-03)-but, after further checking, there had been, absolutely, no such Burglary
32. -n-because of (his) hatred of (all) accused Sex offenders (he) flatly refused to dis-
33. miss the charges only dropped it to a peeping/prowling-w-Burg. Tool-Poss. [A small thin-
34. wire, he claims is used to Car-jack Auto's]-n- the D.O.A. refused to admit any, So-
35. called Victims or the/any Eye-witnesses./The Jury quickly convicted-w-evidence of Report.
36. And most damaging of all the D.P.D. Stated in Closing arguments that-w/o-a-doubt,
37. Deft. was the one in that Burglarized Apt.-but, only for-the-purpose of "peeping"/
38. -n-indicated that Deft. probably took said cap to facilitate (his) get-a-way. Plus (he), also
39. flatly refused to bring the many other conflicting, most pertinent fact to the Jurys
40. Ct. attention-eg: Why the 1st arr. Off. did not specify (their) too close/entrapmental Surv-
41. eillence for the purpose of the best-opportuned time of serving an overdue re-arrest
42. warrant/Where (he/they) truthfully observed/arrd. Deft./why (he) glossed-over (his) un-
43. authorized/un-mirandized questioning of Deft. about why (he) had to leave (his)
44. residence ---- "What's was the matter, Tv. Broken-n- you don't have anything-all-to-look-at? I
45. was/still am wondering who Boobi-trapped (it)? No ask off. w/no who (he) stole Deft's. funds
46. flatly refused to record on truth-acct/no P.R.? Saying I will-have-to bring-up on Appeal-Mm.Inf.
47. Plus, the Appeals Atty-Just like the admitted Co. psychiatrist who falsely claimed to re-
48. present Deft. in (1998)-n- 2003-msdmr. case only wanted to discourage Deft. by stating/in-
49. dicating, "He had to Eat like Everybody Else(you-no-Bit-the-Hand(s) that feed you"-

1. BY-WAY OF EXHIBITS - ADDENDUM MIS-CONDUCT-OF-INTERESTS:

2.

3. Re.: THOMAS VS. WALTERS, WARD - CN. 04:08-CV-01778-SBA.:

4.

5.

6. JUSTIFIABLE AND PERTINENT DELIBERATE MIS-CARRIAGE(S)-OF-JUSTICES, PERPER-

7. TRATED - ON DEFT. MALICIOUSLY BY D.D.A., THAT SHOULD HE BEEN RAISED AT TRIAL/ON APPEAL

8.

9.                    OVERT FACT(S):

10.

11. TO: The Honorable Presiding-N. Associate Justices of the U.S./Fed. Dist. Ct, Nrm Dist. of

12. Calif. Please be further advised that Deft/I am an indigent/incarcerated Inmate-w/o

13. adequate access to a law library/leg. research -w/o too many obstacles/stumbling-Block to

14. be, anywhere, near the possibility of adequate access-to-the-Courts, From a Jail/Prison Cell

15. ---- Minus, your request for Deft t. forward this Court a signed (verifyed statement of his)

16. Trust Account (for t/overify (His) Indigency Status, before (05-03-08); writ has been already

17. filed pending receipt of same, for scrutiny-N- your-dispersition ---- very hopefully (you)

18. allowing (me) to proceed-in-Forma Pauperis -N- correcting A wronged (unlawful,

19. dispickeable atrocitious wanton act/deliberate mis-(carriage of justice -N- staunchly

20. up-holding the Guaranteed Rights-of-(All)-Citizens, be-it-he a convictor-not? It was

21. also, indicated that, if I failed to forward the necessary verified copy of my Truse

22. status, my petition may/would be denied. Therefore, rest assured that I have taken steps

23. to facilitate matter to that end -N- if there is no deliberate hinderance(s), maybe I

24. can get-it-to-you before (05-03-08). Otherwise, I too emphatically believe/know

25. that I have much more than ample/justified reasons for this Court-w/o-any-doubts,

26. to readily accept/grant-N- act very favorably on my dire accessment of (all) the

27. wrongs-done-against me ---- purportedly,-in-the-name of/for the purposes of some

28. one(s) pretending to-do-an Amicable job (using its notoriaty to gain an advance-

29. ment, regardless of its law Enforcements Agency's deliberate mis-treatment of

30. one 11 of their residents. And, clearly noting - as many a time(s) (they) have surve-

31. illed me extra closely -w- Mucho harassment -N- unlawfull threats- of- leaving the co-N-

32. the state, because we/no-body wants-you around - Every where should check to see if there

33. had been any criminality by/of the places (they) observe me frequenting (going, (they)

34. have yet to find any such crimes there-in/on/by-but, since I am so dispickeble,

35. because of that too false conviction of Rape---(which, Now, I hope has been cleared

36. up./ Not-with-standing any Moral Turpentudnes Act against a Female-N- small

37. children is considered to be vile-N- too reprehensive-especially, when considerated

38. to be done by force-N-violence(s)----regardless if it is true or not. Plus, the D.A.'s

39. office is out-front known to be deliberately/wantonly-N- criminally tampering-w- my

40. mailing rights-both in-N- out of Jail/Prison, it might be feasible (partly acceptable

41. if I were guilty/committing some forms of mail fraud for the Fed. authorities to screen it

42. for any detrimental parts/intentions-but, to deliberately deny Deft (his) guaranteed rights

43. just for spite/vindictiveness/harassmental pressure because, Deft. won't accept/ask for no

44. deals for to run-his out of the state, is far too Insanely criminally acceptable. Therefore

45. if the said communique I received -w- 2 fictitious Address-of-others- is any where near

46. correct/feasible --- Then, I put my trust/hopefully a good scrutinized acceptance/review

47. granting (all) aspects of Deft. Contentions-of-Malicious deprivation -of-Due-Process- of Law

48. -N- Deft. shall forever pray that this Court will find more than ample reasons/grounds t. for

1.
2.
3. EXpected/ordered/guaranteed Justice. And, incidently, the D.D.A. who Prosec-
4. uted that Misdemeanor trial(s) in (03/03)~W/o any So-Called, would-have-been
5. victim(s)/No reliable eye-witnesses~~~ refused to come to court ~N~ another the
6. said D.D.A. Informed the Judge, during Jury deliberations that the other, would
7. be witnesses made too Many conflicting statements~Plus he didn't want to testi-
8. Fy, but was deathly afraid of going to jail on a minor traffic stop~hence his
9. too readily availability to the Prosecution. And, For what-its-worth, the)
10. Also, blatantly let-it-be-known that he was the one who solicited that Co-
11. Psychiatrist to Pretend to-be (act as Diff's Appeals counselor in an attempt to
12. try to find-out about me~N~stop that Misdmr. Appeal~because (he/ the D.A.)
13. Felt that I bested him/he botched the Job. It, also, readily appears that (All)
14. the Pub. Def~N~that/those would-have-been dedicated Appeals counselors
15. only wanted to do was gain Your confidence/dissallusions you own(ets) so
16. you would give-up~N~ask/accept some kind-of-a worthless deal(s)! And, be-
17. lieve-you/me, I had far too Many D.D.A. approaching me trying to persua-
18. de me Not to go to court or contest the said misleading/Fabricated charges
19. ~~~ Just like all-during the Proceeding of the last Farce/Sham-er a, wou-
20. ld be trial-But, not as bad/completely-as-bad as that last Msdmr-trial of
21. (All) substituted, purported victims/Pol. mr. OFFs~N~eye-witness, and would
22. believe-it, ever, that the D.A. flatly refuses to allow Deft to appeal those(the
23. overt Fabricated/delusional convictions)! The Appeal Process was, supposidly
24. begun, (03-20-06)~N~on, (10-10-06), I was too hastily/forcefully removed off
25. of my imprisoned main line status~N~unnecessarily housed in-Ad. Seg~N~
26. told that I was being released to the community very soon - but, kept be-
27. ing moved to lock-up to lock-up, thereafter certain inmates kept demanding
28. to be housed w-me~N~For No apparent reason they would start an altercat-
29. ion for Just riches/Prove (their) toughness~ One even claimed that some
30. New bald-headed Sgt. told (him) that (hr) should beat the living s~~~t out
31. of~me/No one liked me! Then (all) those Persons from the Co.b ENF Agency
32. Especially, that one OFF., who-ever he claimed to be~definetely did not
33. appear to-be Pol-OFF. C.Brian's, appeared wearing (his) gun Scarboard, as in
34. at trial, came straight to the cell that I was forced to be housed in/Pulled
35. cell Partner out, took (it/him) down near the shower are, he~N~another
36. Must have given (it/him) A Pet Talk, because (he) returned (all) bent out of
37. shape, ordering me to vacate (his) cell or else it would happen Just
38. like it did with the other Prisoners (offers of his) did. Then when (all) the
39. hreon-down/excruciating drag-out started~N~ IF For No other reeason
40. than~ Seeif I were breathing/a blood Pressure check/Just a temp. check~N
41. to be Psycho Eval/un-lawfull Med. test or Just to get a whiff of late-
42. Night Cold/snowy Air". All the while Overtly~N~Psychologically har-
43. assing/mentally belittling Deft~to-No ends, then~ Oh! So candidly
44. Soliciting other inmates to ask Deft. how much was some Suit going to Cost
45. the county? After about (6) months (they) decided to send Deft. to this Maximum
46. Security Inst. For E.O.P. treatmens, again, claiming that I would-be re-
47. leased very soon. But, after receiving So many of these Atty Genl's So
48. guest Given an un-supported continuances~N~ the sit-the-wall way that Co.
49. hired/D.A.'s supervised Counselor kept wanting (not to behave like) to made

B-3

(CONT.) (W) (P. 19)

After all the above Mis-use-of-Power/overt mis-Carriages, deliberately, -of Justices-n-very Factural Revelation(s)---- of which, can be Amicably Checked-out/Just like the Appellate Ct. was supposed to have Conducted an Indep. Invest. -w- very Startling Further Favoritable Factural Clear-ups. And, Since the D.P.D. Flatly refused - Just as (All) the, would-be, Appeals did - to Produce a workable-n-addequate Defense - because it was too very apparent that (they) had the Co./D.A.'s Interest-At-heart, only! ---- No Gains, No Pains! No Work For The Master - Even In the Rain, No-Get-Paid, Every things Remains Same! And unless This court accepts Deft.'s Conflict-of-Interests Contention, No-Can-raise additions most Pertinent grounds, Therefore Deft. Brings (them) to Courts attention -

a). The Flat refusal of Co. D.P.D. to bring to the Ct's/Jury's attention-n-appeals Ct., the Fact of the overt Mis-Id-n-dismissal there-for-w-the gross entrapmental re-arrest-w-a Fictitous New Msdmr. Charge, Purely Fabricated - where as, the, So-Called Witn. claim that (he) only observed an intruder, in darkness, standing away From Foot of bed waiving hand Sky-ward Frantically -n- only assumed that (it) had on his old B.B. Black-n-White Cap-w/o-an inspection, there-of-wearing A-Light Green Top-n-after Deft. was in-advertently arrested some-where in that area, trying lose (his) too ever present tails/the main reason, apparently, why (he) Confirmed (his) glimpse-in-darkness ID., was because the Arr. off. was deliberately Brutally Mis-handling Deft-n-the 290 P.C. was revealed - hence the quessable Att-empted Rape - his-an Jail-Cell re-affirmation of one-man, in shackles, Show-up.

b). The Charges included a convenient 220 (P.C.), to add Cretance to the only other too Petty/un-thinkable theft-of-a cheap B.B. Cap-w/o-any indication/Proof that Deft. had/was in Possession of Same--- Not Possible (all) the Appx. (8) residents-n-tailing Police should attest to that true Fact, Since I wore the same clothes a Few minutes Prior-n-definately had on a Dark Grey-n-Pink Sweater -w/o-(any) head Covering or Nothings-on-My hands Prevent leaving any Fin. Prints - as the Det. wanted to keep Forcibly taking more, because other No-Match!! And the minute (he) yelled out, the intruder, supposidly, quickly Fled-n-after very Cautiously waiting to see if it was Safe, (he) slowly approached bath-room, Found-it-to-be-Empty/dressed in darkness/called Police, informed of some intruders Presence/left via Front door/after all the time lapse, he saw a-Person Speedily running down street informed Pol. of Same-n-after (they) Started Searching, every-which-away, (they) got an urgent call for (them) to Please remove Party From Out-doors toilet, the occupant wanted to use it:---- Noting - the Sgt.-in-Charge Very Seriously rejected (his) (his) Follow-up Ident. ID!

c). Here, it is only Fair to mention that the ability to see clearly, is considered Acceptable as A Possitive/reliable I.D. at a close-enough Proximity, definately. No in darkness-w-Police's Show of great Brutality-n-un-authorized informing of Deft.'s too dispicable 290 P.C. Status/one-man Show-up in Jail Cell, where Deft. had maxium Security Status, always-in Shackles/Not Supposed to be celled -w-any others un-less Similarly Chained! And during the trial the Judge wantonly/un-authorizedly, allowed the DD.A. to enter a Prior Rape to Illegally Support only a Pre-Fabricated/quessable/too Spitefully assumpta bly 220 P.C. only - No way near allowable/the Charges has to be Same - Not Just any Moral/small Turpentude/one Pol. convenience

d). And it was revealed that the Fabricated (Kroeller) Wit. was Proven False testimony of- ... of the Mis-Carriage-in Bad Faith, Deft. relys-on-this Ct's, very

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9    THOMAS, JAMES EDWARD    )        Case # O4:08-CV-1778-SBA.
10                Petitioner,    )
11                            )
     V.                        )        REQUEST FOR APPOINTMENT
12                            )            OF COUNSEL
13                Respondent.    )
14   WARDEN~ WALKER, C.S.P. SAC./POL.

15

16          Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas

17   corpus pursuant to 28 U.S.C. S 2254. Congress has authorized the appointment of counsel in section 2254

18   proceedings to represent indigent petitioners when the interests of justice so requires. 18 U.S.C. S 300(A)(2)(B).

19   Petitioner avers that the interests of justice require that counsel be appointed, in that:

20

21          1. Petitioner is not trained in the law and has limited law library access for purposes of researching

22   the law and preparing pleading;

23          2. Petitioner's application for habeas relief states a prima facie case that petitioner has been and is

24   being deprived of liberty in violation of the Constitution of the United States; and

25          3. Respondent has the benefit of counsel.

26   Accordingly, petitioner request the appointment of counsel pursuant to rule 8(c) Rules Governing Section 2254 Cases.

27

28   DATED: April 14, 2008 _____    (P. 20)

                                        PETITIONER: -James Edward Thomas-

(N)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD }
Petitioner, }
}
v. }
}
WALKER, J. WARDEN of the CSP SAC (Fcil.) }
Respondent }

Case No: 04:08-CV-1778-SBA
U S D F. Nrn D. of Cal, S.F.C.

**PROOF OF SERVICE**

I the undersigned, here by certify that I am over the age
of eighteen years, and I (am) (am not)      a party to the above
entitled action.

On _April 14, 2008_ , _____, I served a copy of:

My Petition For Continues Appeal of My too Fraudulent/Atrocitious Convictions.

Plus (2nd) Parts Specifically requested by This Court to Facilate Acceptance/guarantee review

By placing said copy in a postage paid envelope addressed to the
person hereinafter listed, by depositing said envelope in the
United States mail:

1. Orig'd (1) Copy To;
   Office - Of - The - Clerk
   To The Honorable Presiding Justice
   U.S. Fed. Dist. Court For The Nrn. Dist
   Of Cal.
   280 So. First St/San Jose, Ca Cdt. 95113

2. 1 Copy~ Cal State Atty. Gen.
   455 Golden Gate Ave S.F.Cal  94le

   I Copy To   Judge Ay. Brynon, Pres.
   S.C.J, Superior Ct. Dept. v. 36
   190 W. Hedding St./S.J Cal. 95110

   City + Copy To Dept -

Copy To Self On 14 (copy).

I declare under the penalty of perjury that the foregoing
is true and correct.

(P. 21)

on (04-14-08)

(Signature)
- James Edward Thomas-
Declarant

AS BEFORE BROWN — I Deeply Regret — That This — Here — Attached copy — Is Not A — True Complete

Clerk — of — Sems
FOR: SUPERIOR COURT JUDGE — Honorable A. Y. BRYAN — N — (US) Guy Goenne, DEPT N. 36 S.T.C.
( 07-14-08 )
Re: Thomas VS. Sa. Cla. Co.? SUP. CT. C.N. CC 583911 (03-20-06) It Rained All Day?

A Willing Pearl.... No - Way, Jose? But, Just (me) Here Reminscing
About One - Golden - Curl, So Here Da Schoop - N - Dey/-W/o - A Swirl-
--- Hello mi Good -oh- Timing Girl, Again -N- Again? Definately, Not
Our Shoddy - Lady -oF Mulberry Lane - But, IF Multi - Berries Were
As Sweet As Sugar Cane Your, Too Suave dispising Big, Too much Cantan-
Tuous mi, Thinks oF ye Jus Der Shane ---- But, Since (you/All) Still
Hate - me - To (in/under Hades/ Far - Over - Der Rainbow - Oooh, Wee,
Just How Low Can (my) Wayward H ----- (Eat) Go? Bet (your) Like-
Ness I much, To Busy To Hop - A - Fast - Moving Train or Even To
Lazy To Hi - Jack A very slow - movin Plane ---- What sa- matter
---- Angel? Got Rested From Lifting Too Many Cof.... Cups,
Since ye Claims To Fame oF Lifting .5,000,000,000 Lbs A Day
Bench - pressing or Could Dat ve Chair - Hopping ??? Given - I Bet
(your) Head Sure I Kept Strong. Therefore -W/o -or simply -w- Jogging
.10,000 miles A minute Is, Too Definately, slow - For (your) Most
Honery Bossa - Huh --- Whooops ---- must Be Getting My Tail
mixed - up -w- De Hare ---- N - Dat's Eh? Hold -on, Don't Go Blow-
Ing No Fuse and/or Gasket It's Far To Much Electricity, Trying Sear
my Brain Neurons/-N- Dem Protonic Maniacs Are Too Electrifyingly So,
To, Even Emmitt Der Hateful waiver(s). So, Don't - Go -N- Put yer- self
Out By Trying, Desperately, To Wish - me - Well or To, Absolutely Go To
H --- (odes)? Just Don't Get yer Damper - up, Too Low ---- For
(you) Kno -Dis- OL Fool Is only messing -w- you(All) ---- (Capecci?

mon Sherrie ---- And Before (you) Call - out Der Gernerdame(s) ---
I want Hit - Down In writing How To Burk - me - So ... "Sa - La - Vee" Always Coming
To ye ---- After All said --- IM Done ---- "Forever Wish ye - All oh? So Well"

*Re.:* THOMAS VS. WALKER, WARDEN OF C.S.P.,
[AL. US. DIST.CT. C[N-04:08-CV-1778-SBA]    US FED DIST
HERE-IN    ORIG. PETITION T.CT.
CONTAINS (48) ΩS!

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA No. 2 copies provided
(07-14-08)

INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254
ATTN.: Clerk-of- The court Part of - Rqsta Financial Status-
is here-in contained, Plus This is A more comprehensive
I.    Scope of 28 U.S.C. §§ 2254  prepared Petition then The one(s) Already -on- File!

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to the fact or violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

II.    Filing a Petition

To start a habeas action, you must send the court the following items:  (1) an original petition and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma Pauperis.  In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed In Forma Pauperis.  You must use the forms provided with this packet and not any other version.  You should keep a copy of the petition and in forma pauperis application for your own records.

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

NOTE:  If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition.  You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

III.    Filing Fees

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00.  If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis.  A Prisoner's Application to Proceed In Forma Pauperis form for this purpose is included in this packet.  You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct.  File the application with your petition and keep a copy for your records.

IV.    Petition Form

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct.  Read the entire petition form before answering any questions.  You will note that brief explanatory comments appear throughout the form.  Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

/P. 1/

**HALL OF JUSTICE**
**SUPERIOR COURT**
**191 N. FIRST STREET**
**SAN JOSE, CA 95113**



01/12651/290

$0.15 19
07/18/2008
Mailed From 95113
US POSTAGE

RECEIVED

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California
280 S. 1st St, Rm. 2112
San Jose, CA 95113

𝔖𝔲𝔭𝔢𝔯𝔦𝔬𝔯 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔔𝔞𝔩𝔦𝔣𝔬𝔯𝔫𝔦𝔞
𝔔𝔬𝔲𝔫𝔱𝔶 𝔬𝔣 𝔖𝔞𝔫𝔱𝔞 𝔔𝔩𝔞𝔯𝔞

Hall of Justice –Criminal Division
191 North First Street
San Jose, CA  95113

**RECEIVED**

JUL 2 1 2008



~~RICHARD W. WIEKING~~
~~CLERK, U.S. DISTRICT COURT~~
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

July 17, 2008

United States District Court
For the Northern District of California
280 S. 1ˢᵗ St., Rm. 2112
San Jose, CA 95113

MEMO

TO:     Clerk's Office

FROM:   Superior Court of California, Santa Clara County
        Hall of Justice Facility

RE:     Petition for Writ of Habeas Corpus, James Edward Thomas, peritioner

The attached Petition was submitted to the Superior court on or about July15, 2008. Our staff attorney and writ judge have determined that this petition should be lodged with the U.S. District. Court.

Thank you,

Nick Resz
Legal Process Supervisor
408-808-6612